

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00692-CV

**IN RE** Stephen Patrick **BLACK**

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Lori I. Valenzuela, Justice
    H. Todd McCray, Justice

Delivered and Filed: April 9, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On November 25, 2024, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In re: the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.